441 A.2d 453

Commonwealth v. Maldonado, Appellant.

Submitted March 4, 1981. Gary S. Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.